**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **NO. 4:26-CR-00057-ALM-AGD** |
| | § | |
| **MICHAEL GASTON FEATHERS** | § | |

**REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE**

This report and recommendation addresses a petition for revocation of the defendant's supervised release. Dkt. 2 (sealed).

**PROCEDURAL HISTORY**

On May 11, 2023, United States District Judge Karen Gren Scholer sentenced defendant Michael Gaston Feathers to 56 months of imprisonment followed by three years of supervised release. *United States v. Michael Gaston Feathers*, No. 3:21-cr-00318-S (N.D. Tex.), Dkt. 108. On March 17, 2026, United States District Judge Amos L. Mazzant, III, accepted transfer of supervised release from the Northern to the Eastern District of Texas. Dkt. 1. Feathers's current term of supervised release commenced June 9, 2025. Dkt. 2 (sealed).

In April 2026, a probation officer petitioned the court for a warrant, alleging that Feathers had violated conditions of his supervised release. *Id.* The petition alleged that Feathers had violated conditions that required him to refrain from committing any federal, state, or local crime; to not communicate or interact with someone he knew engaged in criminal activity; and to work full-time at lawful employment. *Id.* In support of those allegations, the petition asserted that Feathers had committed the offense of engaging in organized criminal activity, admitted he associated with a convicted felon, and failed to secure employment. *Id.*

A final revocation hearing was held before me on May 13, 2026. Feathers pleaded true to allegations two and three. Minute Entry for Mar. 19, 2026. He also consented to revocation of his

supervised release and waived his right to object to my proposed findings and recommendations. *Id.*; Dkt. 12.

## RECOMMENDATION

In accordance with the Sentencing Reform Act of 1984, and having considered both parties' arguments, the court recommends that: (1) allegation one in the petition for revocation of Feathers's supervised release, Dkt. 2 (sealed), be dismissed; (2) Feathers's supervised release be revoked based on allegations two and three in the petition, *id.*; (3) Feathers be committed to the custody of the Bureau of Prisons to be imprisoned for a term of 13 months, with no term of supervised release to follow; and (4) Feathers be placed at FCI Seagoville in Seagoville, Texas, if appropriate.

So **ORDERED** and **SIGNED** this 18th day of May, 2026.

_____

Bill Davis
United States Magistrate Judge